In the Matter of the Will of FREDERICK S. REEVES, Deceased. LEONA H. FRANKENBACH, Executrix Named in the Will, Appellant-Respondent; EMILY R. COOKERLY, Respondent-Appellant.—

Present — Close,
P. J., Hagarty, Carswell, Taylor and Lewis, JJ. [See *post*, p. 968.]